## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PATTIANN MERRIFIELD,

      Plaintiff,

    v.

LOCK HAVEN UNIVERSITY OF
PENNSYLVANIA and DEANA HILL,

      Defendants.

No. 4:17-CV-01542

(Judge Brann)

## ORDER

### JULY 2, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Certify Class, ECF NO. 21, is **DENIED WITHOUT PREJUDICE**. If this case does not resolve in mediation, Plaintiff may move for class certification again after the completion of discovery.

2. Defendants' Motion to Dismiss, ECF No. 37, is **GRANTED IN PART** and **DENIED IN PART** as follows:

a. The motion is **GRANTED** as to Count I of Plaintiff's Amended Complaint, ECF No. 34, and that Count is **DISMISSED WITH PREJUDICE**;

b. The motion is **GRANTED** as to the claims in Counts II, III, V, and VI against Lock Haven and against Deana Hill in her official capacity, and those claims are **DISMISSED WITHOUT PREJUDICE**;

c. The motion is **DENIED** as to the claim in Count II against Deana Hill in her personal capacity;

d. The motion is **GRANTED** as to the requests for delay damages in Counts I, II, III, V, and VI, and those requests are **STRICKEN**.

3. Defendants' Motion for an Extension of Time is **GRANTED** as follows:

a. The parties **SHALL PARTICIPATE** in mediation as previously ordered by this Court, ECF No. 20;

b. Such mediation **SHALL BE COMPLETED** by October 30, 2018;

c. If mediation is unsuccessful, the following deadlines replace those outlined in this Court's previous scheduling orders:

i. Discovery deadline: January 28, 2019;

ii. Dispositive motions due April 2, 2019;

iii. Plaintiff's expert report due July 5, 2019;

iv. Defendants' expert report due August 6, 2019;

v. Supplemental/rebuttal expert reports due August 20, 2019;

vi. Expert discovery deadline:  October 18, 2019;

vii. Motions in limine due September 3, 2019;

viii. Pretrial memoranda, proposed voir dire questions, and proposed jury instructions due September 17, 2019;

ix. Final pre-trial conference:  September 24, 2019;

x. Jury selection & trial:  November 2019.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge