# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATTIANN MERRIFIELD, and all others similarly situated, | : : : : : : : : : : : : | No.: 4:17-CV-01542 |
| | | (Judge Brann) |
| Plaintiff, | | |
| v. | | |
| LOCK HAVEN UNIVERSITY OF PENNSYLVANIA and DEANA HILL, | | |
| Defendants. | | |

## ORDER

**AND NOW**, this 3rd day of October 2018, the parties having filed a joint stipulation and order of dismissal, ECF No. 48, that they stipulate and agree to the voluntary dismissal of this action, **IT IS HEREBY ORDERED** that all claims asserted and that could have been asserted in Plaintiff's complaint are dismissed with prejudice, without fees or costs to any party, and with all rights of appeal waived.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge